**Dismissed and Memorandum Opinion filed July 10, 2018.**



In The

# Fourteenth Court of Appeals

### NO. 14-17-00847-CV

## MARCUS LADETTE DUNCAN, Appellant

### V.

## ARDMORE APARTMENTS, Appellee

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1099611**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 24, 2017. The clerk's record was filed November 8, 2017. The reporter's record was filed April 4, 2018. No brief was filed.

On May 22, 2018, this court issued an order stating that unless appellant filed a brief on or before June 6, 2018, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Chief Justice Frost and Justices Donovan and Brown.